IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LEON DEVON ROGERS,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 05-00520-CG-B |
| **DONAL CAMPBELL, et al.,** | : |
| Respondents. | : |

**JUDGMENT**

It is **ORDERED, ADJUDGED**, and **DECREED** that this petition be and is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 5th day of September, 2008**.**

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE